UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT SNIDER,**

    **Plaintiff,**

**v.**                                       **CASE NO: 8:06-CV-2352-T-30TGW**

**BCH MECHNICAL, INC.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Plaintiffs has failed to show cause, in writing, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, in accordance with this Court's Order to Show Cause (Dkt. #8) entered on July 24, 2007. It is therefore

**ORDERED AND ADJUDGED** as follows:

1)    This cause is dismissed without prejudice.

2)    All pending motions are denied as moot.

3)    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 20, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-cv-2352.dismissal.wpd*